IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        v.                           5:16-CR-320 (DNH)

STACEY J. LaPORTE, JR.

                Defendant.

_____

APPEARANCES:                      OF COUNSEL:

FOR THE GOVERNMENT:

HON. RICHARD S. HARTUNIAN        LISA FLETCHER, ESQ.
United States Attorney                    Assistant U.S. Attorney
Northern District of New York
Federal Building
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

FOR THE DEFENDANT:

HON. LISA A. PEEBLES                 RANDI JUDA BIANCO, ESQ.
Federal Public Defender's Office       Asst. Federal Public Defender
The Clinton Exchange, 3rd Floor
4 Clinton Square
Syracuse, New York 13202

DAVID E. PEEBLES
CHIEF U.S. MAGISTRATE JUDGE

ORDER APPROVING DETENTION HEARING WAIVER

    Defendant has been charged by indictment with conspiracy to

sexually exploit a child (Count 1), in violation of 18 U.S.C. § 2251(a) and

(e); and sexual exploitation of children, in violation of 18 U.S.C. § 2251(a) & (e), and 2(a) (Counts 2-4). At his initial appearance on October 28, 2016, the government moved for his detention pursuant to 18 U.S.C. § 3142(f).

During the proceeding held before me on October 28, 2016, the defendant, after consulting with his counsel, knowingly and voluntarily waived his right to an immediate detention hearing and agreed to remain in custody, reserving his right to request that the court schedule a detention hearing in the matter at a later time pursuant to 18 U.S.C. § 3142(f). Based upon the defendant's representations, as confirmed by his attorney, I accept his waiver as knowing and voluntary and, there being no objection on the part of the government, agree to adjourn any detention hearing in this matter indefinitely subject to the right of either party to apply to the court for such a hearing at any time in the future. It is therefore hereby

ORDERED, that defendant's waiver of his right to a detention hearing, which I find to have been knowing, intelligent and voluntary, is accepted; it is further therefore

ORDERED, that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable, from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
David E. Peebles
U.S. Magistrate Judge

Dated:     October 28, 2016
           Syracuse, NY