# GOVERNMENT EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK

### *AFFIDAVIT OF INV. NICHOLAS W. ARCADI*

State of New York )
County of Onondaga ) ss:
City of Syracuse )

I, Nicholas W. Arcadi, having been duly sworn, do hereby state and depose as follows:

1. I am an Investigator with the New York State Police (NYSP). I have been employed by the NYSP since May of 2006. I was a uniform trooper before being promoted to investigator in June, 2015. I am currently assigned to SP Massena.

2. On May 17, 2016 NYSP Inv. Dewayne Baillargeon arrested Stacey J. LaPorte, Jr. and charged him with Rape in the First Degree in relation to crimes committed against B.L., and Sexual Abuse in the First Degree, in relation to crimes committed against another child, E.J.

3. On May 19, 2016, I received a hotline referral that had been sent to the NYSP through the New York State Central Registry by a social worker at the Massena Wellness Clinic. The hotline report indicated that Tiffany Matthie had disclosed to a social worker that Stacey LaPorte told Matthie that, among other things, Mackenzie Bailey had instructed LaPorte to sexually abuse the child referred to as V-1 in the instant federal indictment, and threatened to have him arrested or killed if he did not do it. It was further reported that Matthie disclosed LaPorte also told her that Hillary Trimm likewise threatened to have him arrested or killed if he did not sexually abuse the child referred to as V-4 in the indictment.

4. As a result of the hotline report, I interviewed Tiffany Matthie on June 1, 2016. She confirmed that LaPorte told her that Bailey and Trimm both requested that he sexually abuse

1

V-1 and V-4, respectively, but also stated that LaPorte told her he did not follow through with the requests.

5. On June 10, 2016, as a result of Matthie's statements and the hotline report, I interviewed Hillary Trimm, who provided a lengthy statement confirming that LaPorte had in fact sexually abused V-4, but that it was not at her direction. Instead, LaPorte persuaded Trimm to allow him to abuse the child. She stated that some of the abuse was recorded in images and videos, and were transmitted between Trimm and LaPorte via cell phone, and Kik Messenger. Trimm stated that LaPorte used an LG cell phone, and that one time when they were together he showed her an image of a baby's vagina on that phone.

6. I knew that an LG cell phone had not been recovered in the case. As a result, on June 17, 2016, Inv. Baillargeon and I went to the home of Tiffany Matthie and asked her if LaPorte had left any electronic media at her residence. She said no, and consented to a search of the apartment for electronic media. I reviewed with Matthie a written Consent to Search. I explained and read the form to her, including the statement that she had a right to refuse consent. Matthie agreed to allow the search and signed the form. Her mother was present at the time, and signed the consent as a witness. A copy of the written consent is attached hereto as Attachment 1. Inv. Baillargeon and I then searched the residence, found no media belonging to LaPorte, and left.

7. Later that day I spoke with another witness, attempting to locate the phone. That witness stated that he was sure that Tiffany Matthie had LaPorte's LG phone.

8. On June 18, 2016, I returned to Matthie's apartment and told her I had information that she was in possession of LaPorte's LG cell phone. Matthie retrieved the phone and handed

it over to me. She stated that after Inv. Baillargeon and I left her apartment on the 17th, an unknown male appeared at her residence and gave the phone to her. She stated that she did not know who this individual was.

9. I provided Matthie with a receipt for the phone, and secured it as evidence at SP Massena. It was not searched. NYSP records show that the phone was transferred from SP Massena to the evidence vault at SP Raybrook on August 9, 2016. On August 24, 2016, the phone was released from SP Raybrook to Troop B Computer Crimes Unit, and taken directly to the NYSP Lab (Forensic Investigation Center in Albany). *See* Attachment 2. In September, 2016, forensic analyst Deborah Jasinski began examination of the phone. *See* Attachment 3. The phone was returned from the lab to SP Raybrook on February 1, 2017, and on February 15, 2017, it was turned over to the custody of Homeland Security Investigations.

Inv. Nicholas W. Arcadi
New York State Police

Subscribed and sworn to before
me this 13th day of April, 2017
at Syracuse, New York

Notary Public

PAULA D. BRIGGS
Notary Public, State Of New York
No. 6068241
Qualified In Onondaga County
My Commission Expires 12/31/20 17

3

# Attachment 1

GENL 0A (ENGLISH) REV 04/04          NEW YORK STATE POLICE

## VOLUNTARY CONSENT TO SEARCH CERTAIN PREMISES

I **TIFFANY MATTHIE**, residing at **52 Maple Street, Massena** hereby give my permission to **INVESTIGATORS ARCOOL & BAILLARGEON**, member(s) of the New York State Police, to conduct a search of the following premises:

**MY ENTIRE RESIDENCE AT 52 Maple Street, Massena**
(ADDRESS)

said premises constituting my **ENTIRE RESIDENCE**.

I grant permission for the New York State Police to search the entire premises, including the contents of any containers or boxes found thereon.

I understand that I do not have to permit this search. No threats or force were used by any member of the New York State Police to obtain my consent.

I grant this permission to search the above premises freely and voluntarily.

_Tiffany L. Matthie_
SIGNATURE

_Tiffany L. Matthie_
PRINT NAME

WITNESSED BY: _Carol M. Mundie_

DATE: 6/17/16    TIME: 2:02 (AM/**PM**)

# Attachment 2

GENL 2A (REV 01/07) EVIDENCE RECORD CONTINUATION SHEET

| LAB USE ONLY | UF | BCI | CONTINUATION SHEET NUMBER |
|---|---|---|---|
| | NAME OF STATION OR AGENCY | NAME OF STATION OR AGENCY: SP MASSENA | 2 |
| | T/Z/S    CASE NUMBER | T/Z/S: B251   CASE NUMBER: 6910439 | TERM, MESSAGE NO., & FILE |

DATE OCCURRED: 6/18/16
LABORATORY CASE NO.:
COUNTY OF OCCURRENCE: ST. LAWRENCE
INVESTIGATING MEMBER: INV. N.W. Arcoal
SUBMITTED BY: INV. NA 5308
NAME ONLY (L/F/MI), OF DEFENDANT/VICTIM: LAPORTE, STACEY J
NAME ONLY (L/F/MI), COMPLAINANT/OWNER:

### EVIDENCE

| ITEM # | DESCRIPTION | EXAMINATION REQUESTED | HOLD AT STA. | TO TROOP | TO LAB |
|---|---|---|---|---|---|
| 3 | BLACK LG PHONE BEARING SERIAL #5032YWC0079417 | ANALYZE FOR EVIDENCE | | X | |

### TRANSFER RECORD

| DATE | TIME | ITEMS INVOLVED | FROM | TO | SIGNATURE |
|---|---|---|---|---|---|
| 6/18/16 | 1:15P | 3 | 52 MAPLE ST, MASSENA | INV. Arcoal | INV. NA 5308 |
| 6/18/16 | 2:40 PM | 3 | INV. Arcoal | BCI EVIDENCE LOCKER | INV. NA 5308 |
| 09/09/16 | 9A | 3 | MASS BCI EL | HQ VAULT | MM Boyo 750 |
| 09/29/16 | 2P | 3 | HQ VAULT | B-CCU | MM Boyo 750 |
| 02/01/17 | 11A | 3 | SP LAB | HQ VAULT | MM Boyo 750 |
| 02/14/17 | 1130A | 3 | HQ VAULT | CCU-B | MM Boyo 750 |
| 02/15/17 | 1050A | 3 | CCU-B | HSI - SA Chad Willard | Inv. T.C. Lucey 03/03 |

ADDITIONAL INFORMATION. * #3 TAKEN TO LAB DIRECTLY FROM CCU-B

WHITE - Laboratory    YELLOW - Troop    PINK - Station    GOLD - Member

# Attachment 3

| New York State Police | Computer Crime Unit |
|---|---|
| HARDWARE TECHNICAL NOTES ||
| Section: Digital & Multimedia Evidence | Process: Acquisition & Examination |

LIMS      Case Number: 16TB0037

## CASE INFORMATION

Item Number: 3
Troop/Agency: SP Massena        Troop/Agency Case # 6910439

## EXAMINATION DOCUMENTATION

Search Warrant

Document Verified by: _Sara VanDusen_ (Sara VanDusen  2016.09.20 13:57:34 -04'00')

## EVIDENCE INFORMATION

Type of Evidence: Cell Phone
Manufacturer: LG            Model: LGL16C
MEID Dec  : 270113183814190379       Serial Number : 503CYWC0079417
Carrier   : Tracfone

### Additional Information
phone submitted with microSD card slot empty

## HARD DISK/MEDIA INFORMATION

Chip
Removed from device: Yes    Date: 9/21/2016       Time: 10:30AM
Make: SK hynix                      Model: H9TP32A4GDDC PRKGM
       :                            Other Number:
_____(on drive): _____        Size: 4 GB

### Additional Information

## WRITE BLOCKER INFORMATION

Method: ___                         Device ID: ---
Other Method: ---                   Device Recognition: ---
Device connected: Date: ---                   Time: ---

Notes Completed by: _Deborah Jasinski_ (Deborah Jasinski 2016.09.22 07:47:13 -04'00')     Page 1 of 2

| Approved by: Technical Lieutenant/Lab Manager | Revision Date: 06/29/2015 |

| New York State Police | Computer Crime Unit |
|---|---|
| **HARDWARE TECHNICAL NOTES** ||
| Section: Digital & Multimedia Evidence | Process: Acquisition & Examination |

LIMS   Case Number: 16TB0037

### ACQUISITION

Acquired: Yes

Up828 _____ - Version: 1.1.8.52   Other: 4/1/2016

Evidence File Name: 16TB0037_3chip1   N/A ☐

End:   Date: 9/21/2016   Time: 11:06AM

#### Additional Information

Adapter VBGA162

### DATE/TIME VERIFICATION

Current Date: 9/20/2016   Current Time: 2:00 PM
Device Date: Wednesday, April 6   Device Time: 12:20AM

#### Additional Information

Notes Completed by: _Deborah Jasinski_ 2016.09.22 07:47:28 -04'00'

Verified by: _Heather Charpentier_ 2016.09.22 07:53:52 -04'00'

Page 2 of 2

| Approved by: Technical Lieutenant/Lab Manager | Revision Date: 06/29/2015 |