# GOVERNMENT

# EXHIBIT C



AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>1) Lenovo T61 Laptop Computer (SN: L3-MF987 08/09); 2)<br>Samsung Galaxy S4 Cell Phone (SN: R31DB22PATH); 3)<br>Apple iPhone 4s (SN: C8PLFJFVFML3); and 4) LG Cell Phone<br>(SN: 503CYWC0079417) currently in the custody of the New<br>York State Police | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 7:16-mj-423 (TWD) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ New York _____
*(identify the person or describe the property to be searched and give its location)*:

> 1) Lenovo T61 Laptop Computer (SN: L3-MF987 08/09); 2) Samsung Galaxy S4 Cell Phone (SN: R31DB22PATH); 3)Apple iPhone 4s (SN: C8PLFJFVFML3); and 4) LG Cell Phone (SN: 503CYWC0079417) currently in the custody of the New York State Police

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

> See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before _____ September 6, 2016 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____ Hon. Therese Wiley Dancks, U.S. Magistrate Judge ____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  8/23/2016 @ 1:04 pm.        _____
                                                       *Judge's signature*

City and state:      Syracuse, New York        Hon. Therese Wiley Dancks, U.S. Magistrate Judge
                                                             *Printed name and title*

## ATTACHMENT A

Items and information that constitute fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2251(a)(employing, using, persuading, inducing, enticing and coercing a person under the age of eighteen to engage in sexually explicit conduct  for the purpose of producing visual depictions of such conduct); 18 U.S.C. § 2252A(a)(2)(A) (5)(B) (distribution and receipt of child pornography); 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), including:

a.      Any and all visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

b.      Internet history including evidence of visits to websites that offer visual depictions of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256.

c.      Correspondence or other documentation identifying persons transmitting through interstate or foreign commerce, including by mail or computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

d.      Computer records and evidence identifying who the particular user was who produced, downloaded or possessed any child pornography found on any computer or computer media.

e.      Correspondence and other matter pertaining to the production, purchase, possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in Title 18 United States Code, Section 2256, and evidence that would assist in identifying any victims of the above-referenced criminal offenses, including address books, names,

and lists of names and addresses of minors, or other information pertinent to identifying any minors visually depicted while engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2).

      f.     Any and all child erotica, including photographs of children that are not sexually explicit, drawings, sketches, fantasy writings, and notes evidencing an interest in unlawful sexual contact with children, and evidence assisting authorities in identifying any such children.

      g.     Any and all records or communications evidencing an intent, or conspiracy, or plan to engage in sexually explicit conduct with a child.

      h.     Any and all electronically stored records reflecting personal contact and any other activities with minors.

      i.     Any notes, writings or other evidence that would assist law enforcement in identifying additional victims of sexual exploitation, witnesses thereto, or other subjects that may have assisted, conspired, or agreed to participate in the sexual exploitation of children.

      j.     Records showing the use or ownership of Internet accounts, including evidence of Internet user names, screen names or other Internet user identification.

      k.     Computer software, meaning any and all data, information, instructions, programs, or program codes, stored in the form of electronic, magnetic, optical, or other media, which is capable of being interpreted by a computer or its related components. Computer software may also include data, data fragments, or control characters integral to the operation of computer software, such as operating systems software, applications software, utility programs, compilers, interpreters, communications software, and other programming used or intended to be used to communicate with computer components.

      l.     Computer-related documentation that explains or illustrates the

configuration or use of any seized computer hardware, software, or related items.

       m.     Computer passwords and data security devices, meaning any devices, programs, or data -- whether themselves in the nature of hardware or software -- that can be used or are designed to be used to restrict access to, or to facilitate concealment of, any computer hardware, computer software, computer-related documentation, or electronic data records.

       n.     Records of address or identifying information for Stacey J. Laporte, Jr., Mackenzie L. Bailey and/or Hillary Trimm, and any personal or business contacts or associates of theirs, (however and wherever written, stored, or maintained), including contact lists, buddy lists, email lists, user IDs, eIDs (electronic ID numbers), and passwords.

       o.     Documents and records regarding the ownership and/or possession of electronic media being searched.

       p.     The authorization includes the search of the electronic media listed on the face of the warrant, for electronic data to include deleted data, remnant data and slack space.