UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK


***UNITED STATES OF AMERICA VS. STACEY J. LAPORTE, Jr.***

**EXHIBIT LIST**

CASE NO.    16-CR-0320 (DNH)

DATE:    June 2, 2017

PRESIDING JUDGE:    David N. Hurd

(     ) PLAINTIFF        (  X  ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | New York State Police computer crime unit report and supplemental report on Samsung Galaxy S4 |
| D-2 | | | | | New York State Police Computer Forensic extraction report (including texts) on Samsung Galaxy S4 |
| D-3 | | | | | Plea agreement Hillary Trimm |
| D-4 | | | | | Cooperation agreement Hillary Trimm |
| D-5 | | | | | Plea agreement Mackenzie Bailey |
| D-6 | | | | | Cooperation agreement Mackenzie Bailey |
| D-7 | | | | | NYS Police Computer crime unit report and Extraction report (including texts) for Lenovo ThinkPad |
| D-8 | | | | | Texts of chats between CF and fastfsmiley25 retrieved from CF's cell |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | phone model LG |
| D-9 | | | | | New York State Police computer crime unit report and supplemental report on LG L16C Lucky cell phone |
| D-10 | | | | | New York State Police Computer Forensic extraction report(including texts) on LG L16C Lucky cell phone Samsung |
| D-11 | | | | | New York State Police Computer crime unit report on Apple iPhone 5s (A1533) |
| D-12 | | | | | New York State Police Computer crime unit report and Forensic extraction report(including texts) on Apple iPhone 5s (A1533) |