UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

   -v-                            5:16-CR-320

STACEY J. LAPORTE, JR.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**<u>VERDICT FORM</u>**

June 20, 2017
Utica, New York                             Court's Exhibit No. 4

## COUNTS 1 AND 2:  CONSPIRACY TO SEXUALLY EXPLOIT A CHILD

### Count 1

1.     Do you find beyond a reasonable doubt that from in or about 2014 through May 2016, the defendant, Stacey J. LaPorte, Jr., conspired with Mackenzie Bailey to use Arizona Thrana to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that the visual depiction actually moved in interstate commerce, that the defendant knew or had reason to know that the visual depiction would move in interstate commerce, or that the materials used to produce the depiction had previously moved in interstate commerce as charged in Count 1 of the Second Superseding Indictment?

_____Not Guilty                    _____Guilty

### Count 2

2.     Do you find beyond a reasonable doubt that from in or about April through June 2015, the defendant, Stacey J. LaPorte, Jr., conspired with Hillary Trimm to use Chloie Trimm to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that the visual depiction actually moved in interstate commerce, that the defendant knew or had reason to know that the visual depiction would move in interstate commerce, or that the materials used to produce the depiction had previously moved in interstate commerce as charged in Count 2 of the Second Superseding Indictment?

_____Not Guilty                    _____Guilty

## COUNTS 3, 4, AND 5:   SEXUAL EXPLOITATION OF A CHILD

### Count 3

3.     Do you find beyond a reasonable doubt that on or about March 2, 2016, the defendant, Stacey J. LaPorte, Jr., acting with Mackenzie Bailey, used Arizona Thrana to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and that the visual depiction actually moved in interstate commerce, that the defendant knew or had reason to know that the

visual depiction would move in interstate commerce, or that the materials used to produce the depiction had previously moved in interstate commerce as charged in Count 3 of the Second Superseding Indictment?

_____Not Guilty                    _____Guilty


## Count 4

4.      Do you find beyond a reasonable doubt that on or about March 3, 2016, the defendant, Stacey J. LaPorte, Jr., acting with Mackenzie Bailey, used Arizona Thrana to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and that the visual depiction actually moved in interstate commerce, that the defendant knew or had reason to know that the visual depiction would move in interstate commerce, or that the materials used to produce the depiction had previously moved in interstate commerce as charged in Count 4 of the Second Superseding Indictment?

_____Not Guilty                    _____Guilty


## Count 5

5.      Do you find beyond a reasonable doubt that on or about February 28, 2016 , the defendant, Stacey J. LaPorte, Jr., used, persuaded, induced, enticed, or coerced Jacob Merriam and Cheyenne Fortier to engage in sexually explicit conduct for the purpose of producing visual depictions of that conduct, and that the visual depiction actually moved in interstate commerce, that the defendant knew or had reason to know that the visual depiction would move in interstate commerce, or that the materials used to produce the depiction had previously moved in interstate commerce as charged in Count 5 of the Second Superseding Indictment?

_____Not Guilty                    _____Guilty

3

## COUNT 6:   RECEIPT OF CHILD PORNOGRAPHY

### Count 6

6.      Do you find beyond a reasonable doubt that on or about March 25, 2016, the defendant, Stacey J. LaPorte, Jr., knowingly received a graphic image file, by way of the internet or a cellular network, that depicted a minor engaged in sexually explicit conduct as charged in Count 6 of the Second Superseding Indictment?


_____Not Guilty                _____Guilty



PROCEED TO THE NEXT PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.

Please sign and date this verdict form.

YOUR VERDICT MUST BE UNANIMOUS.
ALL JURORS MUST SIGN.

Dated: June \_\_\_\_, 2017

_____
(Foreperson)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5