UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. STACEY J. LAPORTE, JR.*

CASE NO.: 5:16-CR-320
DATE: June 12, 2017
PRESIDING JUDGE: Hon. David N. Hurd

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | 6/13/2017 | 6/13/2017 | D. BAUARGEON ~~COREY FRANCIS~~ | Miranda card |
| 2 | 6/13/2017 | 6/13/2017 | D. BAUARGEON | Statement of Stacey LaPorte |
| 3 | 6/13/2017 | 6/13/2017 | STIP'D. | Map |
| 4 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 5 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 6 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 7 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 8 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 9 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 9A | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 10 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |
| 11 | 6/13/2017 | 6/13/2017 | JASON OLSON | Search Warrant photo |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. STACEY J. LAPORTE, JR.*

CASE NO.: 5:16-CR-320
DATE: June 12, 2017
PRESIDING JUDGE: Hon. David N. Hurd

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 12 | 6/13/2017 | 6/13/2017 | COREY FRANCIS ~~JASON~~ | Samsung phone |
| 12A-12M | 6/14/2017 | 6/14/2017 | D. JASINSKI | Samsung phone evidence photos |
| 13 | 6/13/2017 | 6/13/2017 | COREY FRANCIS | iPhone |
| 13A-13M | 6/13/2017 | 6/13/2017 | TODD SVARCZKOPF | IPhone evidence photos |
| 14 | 6/13/2017 | 6/13/2017 | COREY FRANCIS | Lenovo Laptop |
| 14A-14V | 6/14/2017 | 6/14/2017 | D. JASINSKI | Lenovo Laptop evidence photos |
| 15 | 6/13/2017 | 6/13/2017 | NICHOLAS ARCADI | LG Phone |
| 15A-15V | 6/13/2017 | 6/13/2017 | TODD SVARCZKOPF | LG Phone evidence photos |
| ★ 16 / 16A-16D | 6/13/2017 / 6/14/2017 | 6/13/2017 A,B / 6/14/2017 C-D | D. BALLARGEON / D. JASINSKI | CF and JM Samsung chat w/photos |
| 17 | 6/14/2017 | 6/14/2017 | MACKENZIE BAILEY | J.M. iPhone chat |
| 18 | 6/13/2017 | ✗ | TODD SVARCZKOPF | Superman wallpaper from LG |
| 19 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Note from LG |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. STACEY J. LAPORTE, JR.*

CASE NO.:    5:16-CR-320
DATE:        June 12, 2017
PRESIDING JUDGE:    Hon. David N. Hurd

☒ GOVERNMENT    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 20 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Text message from LG |
| 20A-20J | 6/14/2017 | 6/14/2017 | D. JASINSKI | Screen shots of text messages from LG |
| 21 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Chat – Banx75 |
| 21A-21B | | | | |
| 22 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Chat-Prouddaddy_315_16 with photos |
| 23 | 6/14/2017 | 6/14/2017 | D. JASINSKI | SPREADSHEET. |
| 23.1 | 6/14/2017 | | | Lenovo Kik chats with photos |
| 23A | 6/14/2017 | 6/14/2017 | D. JASINSKI | Portion of Kik chat |
| 23A.1 – 23A.4 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Photos from Kik chats |
| 23B | 6/14/2017 | 6/14/2017 | D. JASINSKI | Portion of Kik chat |
| 23B.1 – 23B.11 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Photos from Kik chats |
| 23C | 6/14/2017 | 6/14/2017 | D. JASINSKI | Portion of Kik chat |
| 23C.1 – 23C.7 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Photos from Kik chats |
| 23D | 6/14/2017 | 6/14/2017 | D. JASINSKI | Portion of Kik chat |

CASE NO.: 5:16-CR-320
DATE: June 12, 2017
PRESIDING JUDGE: Hon. David N. Hurd
☒ GOVERNMENT ☐ DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA v. STACEY J. LAPORTE, JR.

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 23D.1 - 23D.9 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Photos from Kik chats |
| 24 | 6/13/2017 6/14/2017 | 6/13/2017 6/14/2017 | BRANDI LAPORTE D. JASINSKI | LaPorte selfie |
| 25 | 6/13/2017 | 6/13/2017 | D. BALLARGEON | Shorts |
| 26 | 6/16/2017 | 6/16/2017 | CHEYENNE FORTIER | C.F.'s LG Phone |
| 27 | 6/19/2017 | 6/19/2017 | CHAD WILLARD | fastfsmily25 Kik certified documents |
| 28 | 6/19/2017 | 6/19/2017 | CHAD WILLARD | PROUDDADDY3_15_16 Kik certified documents |
| 29 | 6/16/2017 | 6/16/2017 | HILLARY TRIMM | Defendant's Kik profile photo |
| 30 | 6/13/2017 | 6/13/2017 | D. BALLARGEON | New York State Police Massena Interview Room photo |
| 31 | 6/14/2017 | | MACKENZIE BAILEY | Mackenzie Bailey Plea Agreement |
| 32 | 6/14/2017 | 6/14/2017 | MACKENZIE BAILEY | Mackenzie Bailey Cooperation Agreement |
| 33 | 6/16/2017 | | HILLARY TRIMM | Hillary Trimm Plea Agreement |
| 34 | 6/16/2017 | | HILLARY TRIMM | Hillary Trimm Cooperation Agreement |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. STACEY J. LAPORTE, JR.*

CASE NO.: 5:16-CR-320
DATE: June 12, 2017
PRESIDING JUDGE: Hon. David N. Hurd

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 35A-35E | 6/13/2017 | 6/13/2017 | BRANDI LAPORTE | Stacey Laporte tattoo photos |
| 36 | 6/16/2017 | 6/16/2017 | C. FORTIER | C.F. and Laporte fastandfurious chat – C.F. LG |
| 37 | 6/14/2017 | 6/14/2017 | D. JASINSKI | LG evidence disk |
| 37A-37N | 6/14/2017 | 6/14/2017 | D. JASINSKI | LG phone photos |
| 38 | 6/16/2017 | 6/16/2017 | HILLARY TRIMM | Fastfsmily25 Kik profile |
| 39A-39B | 6/13/2017 | 6/13/2017 | PAUL FREGOE | Paul Fregoe's cellphone contact for Laporte |
| 40 | 6/13/2017 | 6/13/2017 | PAUL FREGOE | Image of LG lock screen |
| 41 | 6/14/2017 | 6/14/2017 | MACKENZIE BAILEY | Tracfone Records |
| 42 | 6/13/2017 | 6/13/2017 | STIP'D | Trial Stipulation |
| 43A-43D | 6/13/2017 | 6/13/2017 | TODD SVARCZKOPF | Photos of phone |
| 44 | 6/14/2017 | 6/14/2017 | D. JASINSKI | Kik chat |
| 45 | 6/14/2017 | X | MACKENZIE BAILEY | STATEMENT OF MACKENZIE BAILEY |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. STACEY J. LAPORTE, JR.*

CASE NO.: 5:16-CR-320
DATE: June 12, 2017
PRESIDING JUDGE: Hon. David N. Hurd

☒ GOVERNMENT ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 46 | 6/14/2017 | | MACKENZIE ~~SETTE~~ BAILEY | LaPorte Superseding Indictment |
| 47 | 6/19/2017 | 6/19/2017 | CHAD WILLARD | LG Device Information |
| 48 | 6/19/2017 | | CHAD WILLARD | Google Documents re Prouddaddy |
| 49 | 6/19/2017 | | CHAD WILLARD | Google Documents re Fastfamily |
| 50 | 6/19/2017 | 6/19/2017 | CHAD WILLARD | Green Superman image |