UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA VS. STACEY J. LAPORTE, Jr.*

EXHIBIT LIST

CASE NO. __16-CR-0320 (DNH)__

DATE: __June 2, 2017__

PRESIDING JUDGE: __David N. Hurd__

(   ) PLAINTIFF     ( X ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| D-1 | | | | | New York State Police computer crime unit report and supplemental report on Samsung Galaxy S4 |
| D-2 | 6/16/2017 | | | Cheyenne Fortier | New York State Police Computer Forensic extraction report (including texts) on Samsung Galaxy S4 |
| D-3 | | | | | Plea agreement Hillary Trimm |
| D-4 | | | | | Cooperation agreement Hillary Trimm |
| D-5 | | | | | Plea agreement Mackenzie Bailey |
| D-6 | | | | | Cooperation agreement Mackenzie Bailey |
| D-7 | | | | | NYS Police Computer crime unit report and Extraction report (including texts) for Lenovo ThinkPad |
| D-8 | 6/16/2017 | | | Cheyenne Fortier | Texts of chats between CF and fastfsmiley25 retrieved from CF's cell |



|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | phone model LG |
| D-9 |  |  |  | New York State Police computer crime unit report and supplemental report on LG L16C Lucky cell phone |
| D-10 |  |  |  | New York State Police Computer Forensic extraction report(including texts) on LG L16C Lucky cell phone Samsung |
| D-11 |  |  |  | New York State Police Computer crime unit report on Apple iPhone 5s (A1533) |
| D-12 |  |  |  | New York State Police Computer crime unit report and Forensic extraction report(including texts) on Apple iPhone 5s (A1533) |

| | | | |
|---|---|---|---|
| D-13 | 6/13/2017 | | Brandi Laporte |
| D-14 | 6/13/2017 | | Todd Svarczkopf |
| D-15 | 6/15/2017 | | Deborah Jasinski |
| D-16 | 6/16/2017 | | Jacob Merriam |
| D-17 | 6/16/2017 | | Hillary Trimm |
| D-18 | 6/19/2017 | 6/19/2017 | Chad Willard |
| D-19 | 6/19/2017 | 6/19/2017 | Chad Willard |
| D-20 | 6/19/2017 | 6/19/2017 | Chad Willard |
| D-21 | 6/19/2017 | 6/19/2017 | Chad Willard |

