# GOVERNMENT EXHIBIT

COPY

STATE OF NEW YORK
COUNTY COURT:   COUNTY OF ST. LAWRENCE

---

THE PEOPLE OF THE STATE OF NEW YORK,

                                             INDICTMENT NO. 2017- 028
                                             Index No. 23386

               -against-

STACEY J. LAPORTE, JR,
JANE DOE

                          Defendant.

---

## FIRST COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL**

**SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law Section 130.50(3), a

Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the

summer 2007, did engage in oral sexual conduct or anal sexual conduct with another person by

forcible compulsion; to wit: at the aforesaid date and place, the defendant did put his penis in the

anus of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by

forcible compulsion.


## SECOND COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **PREDATORY**

**SEXUAL ASSAULT AGAINST A CHILD** in violation of Penal Law Section 130.96, a Class A-II Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the summer 2007, did being eighteen years old or more commits the crime of criminal sexual act in the first degree and the victim was less than thirteen years old; to wit: at the aforesaid time and place, the defendant did put his penis in the anus of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion thereby committing the crime of criminal sexual act in the first degree.

### THIRD COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about May 2009, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

### FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **PREDATORY**

2

**SEXUAL ASSAULT AGAINST A CHILD** in violation of Penal Law Section 130.96, a Class A-II Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about May 2009, did being eighteen years old or more commits the crime of rape in the first degree and the victim was less than thirteen years old; to wit: at the aforesaid time and place, the defendant did put his penis in the vagina of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion thereby committing the crime of rape in the first degree.

### FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about May 2014, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

### SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE SECOND DEGREE**, in violation of Penal Law §130.30(1), a Class D Felony, committed as follows:

3

The defendant, in the County of St. Lawrence and State of New York, on or about May 2014, being eighteen years old or more, did engage in sexual intercourse with another person who was less than fifteen years old, to wit: at the aforesaid date and place, the defendant, whose date of birth is 09/23/90, did engage in sexual intercourse with a person less than fifteen years old whose identity is known to the Grand Jury with date of birth is 06/01/99.

### SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law Section 130.50(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the early summer 2014, did engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and place, the defendant did put his penis in the mouth of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion.

### EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law Section 130.40(2), a Class E Felony, committed as follows:

4

The defendant, in the County of St. Lawrence and State of New York, on or about the early summer of 2014, being twenty-one (21) years old or more, did engage in oral sexual conduct with a person less than seventeen (17) years old, to wit: at the aforesaid date and place, the defendant, being twenty-one (21) years old or more, did put his penis in the mouth of a female whose identity is known to the Grand Jury with date of birth of 06/01/99

## NINTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §260.10(1) Class A Misdemeanor, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August 29th 2014, did knowingly act in a manner likely to be injurious to the physical mental or moral welfare of a child less than seventeen years old to wit: at the aforesaid date and place the defendant did provide an alcohol beverage to a female known to the Grand Jury with the date of birth of 06/01/99.

## TENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE**, of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §§20.00 and 130.35(1), a Class B Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about August 29th 2014, acting in concert with each other did engage in sexual intercourse with another person by forcible compulsion, to wit:  at the aforesaid date and place, the defendants acting in concert with each other did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

## ELEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE THIRD DEGREE**, in violation of Penal Law §130.25(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August 29th , 2014, being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit:  at the aforesaid date and place, the defendant, whose date of birth is 09/23/00, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with date of birth is 06/01/99.

## TWELFTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law Section 130.50(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August 29th, 2014, did engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and place, the defendant did put his penis in the mouth of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion.

THIRTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law Section 130.40(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August 29th , 2014, being twenty-one (21) years old or more, did engage in oral sexual conduct with a person less than seventeen (17) years old, to wit: at the aforesaid date and place, the defendant, being twenty-one (21) years old or more, did put his penis in the mouth of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99.

FOURTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE**, of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §§20.00 and 130.35(1), a Class B Felony, committed as follows:

7

The defendants, in the County of St. Lawrence and State of New York, on or about August 29th 2014, at a time subsequent to count ten, acting in concert with each other did engage in sexual intercourse with another person by forcible compulsion, to wit:  at the aforesaid date and place, the defendants acting in concert with each other, did engage in sexual intercourse with a person whose identity is known to the Grand Jury with the date of birth is 06/01/99, by forcible compulsion.

### FIFTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE** of the crime of **RAPE IN THE THIRD DEGREE**, in violation of Penal Law §§20.00 and 130.25(2), a Class E Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about August 29th , 2014, at a subsequent time to count eleven, acting in concert with each other being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit: at the aforesaid date and place, the defendant Stacey J. LaPorte, Jr., whose date of birth is 09/23/00, acting in concert with Jane Doe, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with the date of birth is 06/01/99.

### SIXTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE** of the crime of

**CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law §§20.00 and 130.50(1), a Class B Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about August 29th, 2014, acting in concert with each other, did engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit:  at the aforesaid date and place, the defendant acting in concert with Jane Doe, did cause a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 to place her mouth on the vagina of Jane Doe, by forcible compulsion.

<u>SEVENTEENTH COUNT</u>

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant, **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law §§20.00 and 130.40(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August 29th , 2014, being twenty-one (21) years old or more, did engage in oral sexual conduct with a person less than seventeen (17) years old, to wit:  at the aforesaid date and place, the defendant, being twenty-one (21) years old or more with a date of birth of 09/23/00, acting in concert with Jane Doe, did cause a female whose identity is known to the Grand Jury with date of birth of 06/01/99 to place her mouth on the vagina of Jane Doe.

9

## EIGHTEENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE** of the crime of

**CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law §§20.00 and

130.50(1), a Class B Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about

August 29th, 2014, acting in concert with each other did engage in oral sexual conduct or anal

sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and

place, the defendants acting in concert, did cause Jane Doe to place her mouth on the vagina of a

female whose identity is known to the Grand Jury with the date of birth of 06/01/99, by forcible

compulsion.


## NINETEENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendant, **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL**

**SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law §§20.00 and 130.40(2), a

Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August

29th , 2014, being twenty-one (21) years old or more, did engage in oral sexual conduct with a

person less than seventeen (17) years old, to wit: at the aforesaid date and place, the defendant,

being twenty-one (21) years old or more with a date of birth of 09/23/00, acting in concert with

Jane Doe, did cause Jane Doe to place her mouth on the vagina of a female whose identity is

known to the Grand Jury with date of birth of 06/01/99.

TWENTIETH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE**, of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §§20.00 and 130.35(1), a Class B Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about August 29th 2014, at a time subsequent to count fourteen, acting in concert with each other did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendants acting in concert with each other, did cause Stacey J. LaPorte, Jr. to engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

TWENTY-FIRST COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendants, **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE THIRD DEGREE**, in violation of Penal Law §130.25(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about August 29th , 2014, at a subsequent time to count fifteen, being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit: at the aforesaid date and place, the defendant whose date of birth is 09/23/00, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with date of birth is 06/01/99.

11

TWENTY-SECOND COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the Winter 2014, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

TWENTY-THIRD COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE THIRD DEGREE**, in violation of Penal Law §130.25(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Winter 2014, being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit: at the aforesaid date and place, the defendant, whose date of birth is 09/23/00, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with date of birth is 06/01/99.

12

TWENTY-FOURTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **SEXUAL ABUSE THE FIRST DEGREE** in violation of Penal Law §130.65(1) Class D Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the winter of 2014, did engage in sexual contact with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did subject a female victim, whose date of birth is 06/01/99, to sexual contact by putting his finger in her vagina by forcible compulsion.

TWENTY- FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the January 2015, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

TWENTY-SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE**

13

**THIRD DEGREE**, in violation of Penal Law §130.25(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about January 2015, being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit: at the aforesaid date and place, the defendant, whose date of birth is 09/23/00, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with date of birth is 06/01/99.

### TWENTY-SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law Section 130.50(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about January 2015, did engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and place, the defendant did place his mouth on the vagina of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion.

### TWENTY-EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL**

14

**SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law Section 130.40(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about January 2015, being twenty-one (21) years old or more, did engage in oral sexual conduct with a person less than seventeen (17) years old, to wit: at the aforesaid date and place, the defendant, being twenty-one (21) years old or more, did place his mouth on the vagina of a female whose identity is known to the Grand Jury with date of birth of 06/01/99.

## TWENTY-NINETH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law Section 130.50(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about October or November 2015, did engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and place, the defendant did put his penis in the mouth of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion.

## THIRTIETH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL**

**SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law Section 130.40(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the October or November 2015, being twenty-one (21) years old or more, did engage in oral sexual conduct with a person less than seventeen (17) years old, to wit: at the aforesaid date and place, the defendant, being twenty-one (21) years old or more, did put his penis in the mouth of a female whose identity is known to the Grand Jury with date of birth of 06/01/99.

<u>THIRTY-FIRST COUNT</u>

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about October or November January 2015, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

<u>THIRTY-SECOND COUNT</u>

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE**

**THIRD DEGREE**, in violation of Penal Law §130.25(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about October or November 2015, being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit: at the aforesaid date and place, the defendant, whose date of birth is 09/23/00, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with date of birth is 06/01/99.

## THIRTY-THIRD COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §260.10(1) Class A Misdemeanor, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about October or November 2015, did knowingly act in a manner likely to be injurious to the physical mental or moral welfare of a child less than seventeen years old to wit: at the aforesaid date and place the defendant did provide an alcohol beverage to a female known to the Grand Jury with the date of birth of 06/01/99.

## THIRTY-FOUTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **PREDATORY SEXUAL ASSAULT**, in violation of Penal Law §130.95(2) Class A-II felony, committed as follows:

17

The defendant, in the County of St. Lawrence and State of New York, on or about the summer 2007 to on or about March 6, 2016, did engage in conduct constituting the crimes of rape in the first degree and criminal sexual act in the first degree against one or more additional persons, to wit: at the aforesaid dates and place the defendant did by forcible compulsion commit the crimes of rape and criminal sexual act with females known to the Grand Jurors with the dates of birth of 06/01/99 and 08/23/99.

## THIRTY-FIFTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the winter of 2015/2016, did engage in sexual intercourse with another person by forcible compulsion, to wit:  at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 08/23/99, by forcible compulsion.

## THIRTY-SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §260.10(1) Class A Misdemeanor, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the winter of 2015/2016, did knowingly act in a manner likely to be injurious to the physical mental or moral welfare of a child less than seventeen years old to wit: at the aforesaid date and place the defendant did provide an alcohol beverage to a female known to the Grand Jury with the date of birth of 08/23/99.

## THIRTY-SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law Section 130.50(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about January 2016, did engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and place, the defendant did put his penis in the anus of a female whose identity is known to the Grand Jury with the date of birth of 08/23/99 by forcible compulsion.

## THIRTY-EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **CRIMINAL SEXUAL ACT IN THE THIRD DEGREE** in violation of Penal Law Section 130.40(2), a Class E Felony, committed as follows:

19

The defendant, in the County of St. Lawrence and State of New York, on or about the January 2016, being twenty-one (21) years old or more, did engage in oral sexual conduct with a person less than seventeen (17) years old, to wit: at the aforesaid date and place, the defendant, being twenty-one (21) years old or more, did put his penis in the anus of a female whose identity is known to the Grand Jury with date of birth of 08/23/99.

## THIRTY-NINTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant, **STACEY J. LAPORTE, JR.,** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §§20.00 and 130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Valentine's Day weekend 2016, acting in concert with a person known to the grand jury with the date of birth of 11/20/03, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did with criminal liability of another did have a male known to the Grand Jury with the date of birth of 11/20/03 engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 08/23/99, by forcible compulsion.

## FORTIETH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.,** of the crime of **ATTEMPTED**

**CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law §20.00 and §§110.00/130.50(1), a Class C Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Valentine's Day weekend 2016, acting in concert with a person known to the grand jury with the date of birth of 11/20/03, did attempt to engage in oral sexual conduct or anal sexual conduct with another person by forcible compulsion; to wit: at the aforesaid date and place, the defendant, with criminal liability for the acts of another, did cause a male known to the Grand Jury with the date of birth of 11/20/03 to attempt to engage in anal sexual conduct with a female whose identity is known to the Grand Jury with the date of birth of 08/23/99, by forcible compulsion.

## FORTY-FIRST COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.,** of the crime **SEXUAL ABUSE THE FIRST DEGREE** in violation of Penal Law §§ 20.00 and 130.65(1) Class D Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Valentine's Day weekend 2016, acting in concert with a person known to the grand jury with the date of birth of 11/20/03, did engage in sexual contact with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant with criminal liability for the acts of the another did cause a male known to the Grand Jury with the date of birth of 11/20/03 to subject a female whose date of birth is 06/01/99, to sexual contact by putting her hand on his penis, by forcible compulsion.

FORTY-SECOND COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §260.10(1) Class A Misdemeanor, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Valentine's Day weekend 2016, did knowingly act in a manner likely to be injurious to the physical mental or moral welfare of a child less than seventeen years old to wit: at the aforesaid date and place the defendant did provide an alcohol beverage to a female known to the Grand Jury with the date of birth of 08/23/99.

FORTY-THIRD COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about March 6, 2016, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 08/23/99, by forcible compulsion.

22

<u>FORTY-FOURTH COUNT</u>

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE THIRD DEGREE**, in violation of Penal Law §130.25(2), a Class E Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about March 6, 2016, being twenty-one years old or more, did engage in sexual intercourse with another person who was less than seventeen years old, to wit:  at the aforesaid date and place, the defendant, whose date of birth is 09/23/00, did engage in sexual intercourse with a person less than seventeen years old whose identity is known to the Grand Jury with date of birth is 08/23/99.

<u>FORTY-FIFTH COUNT</u>

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** and **JANE DOE** of the crime **SEXUAL ABUSE THE FIRST DEGREE** in violation of Penal Law §§20.00 and 130.65(1) Class D Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about March 6, 2016, acting in concert with each other, did engage in sexual contact with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant, Jane Doe, acting in concert with Stacey J. LaPorte, jr., did place her fingers in the vagina of a female whose identity is known to the Grand Jury with the date of birth of 08/23/99, by forcible compulsion.

23

FORTY-SIXTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendants, **STACEY J. LAPORTE, JR.** and **JANE DOE** of the crime of

**CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law §§20.00 and

130.50(1), a Class B Felony, committed as follows:

The defendants, in the County of St. Lawrence and State of New York, on or about

March 6, 2016, acting in concert with each other, did engage in oral sexual conduct or anal

sexual conduct with another person by forcible compulsion; to wit:  at the aforesaid date and

place, the defendants acting in concert, caused Jane Doe to place her mouth on the vagina of a

female whose identity is known to the Grand Jury with the date of birth of 06/01/99, by forcible

compulsion.

FORTY-SEVENTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **PREDATORY**

**SEXUAL ASSAULT AGAINST A CHILD** in violation of Penal Law §§20.00 and 130.96, a

Class A-II Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about

Valentine's Day weekend of 2016, being eighteen years old or more, did act in concert with a

person known to the Grand Jury with the date of birth of 11/20/03, did commit the crime of rape

in the first degree and the victim was less than thirteen years old; to wit:  at the aforesaid time

and place, the defendant with criminal liability for the acts of the another did cause a male

24

known to the Grand Jury with the date of birth of 11/20/03 to place his penis in the vagina of a female whose identity is known to the Grand Jury with the date of birth of 06/01/99 by forcible compulsion thereby committing the crime of rape in the first degree.

## FORTY-EIGHTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant, **STACEY J. LAPORTE, JR.,** of the crime of **RAPE IN THE FIRST DEGREE,** in violation of Penal Law §§20.00 and 130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Valentine's Day weekend 2016, acting in concert with a person known to the grand jury with the date of birth of 08/23/99, did engage in sexual intercourse with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant criminally liable for the acts of another did cause a male known to the Grand Jury with the date of birth of 11/20/03 to engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 08/23/99, by forcible compulsion.

## FORTY-NINTH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above **defendant STACEY J. LAPORTE, JR.,** of the crime of **ATTEMPTED CRIMINAL SEXUAL ACT IN THE FIRST DEGREE** in violation of Penal Law §20.00 and §§110.00/130.50(1), a Class C Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about

Valentine's Day weekend 2016, acting in concert with a person known to the grand jury with the

date of birth of 08/23/99, did attempt to engage in oral sexual conduct or anal sexual conduct

with another person by forcible compulsion; to wit: at the aforesaid date and place, the

defendant with criminal liability for the acts of the another did cause a male known to the Grand

Jury with the date of birth of 11/20/03 to attempt to engage in anal sexual conduct with a female

whose identity is known to the Grand Jury with the date of birth of 08/23/99, by forcible

compulsion.

FIFTIETH COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment,

accuses the above defendant **STACEY J. LAPORTE, JR.**, of the crime **SEXUAL ABUSE THE**

**FIRST DEGREE** in violation of Penal Law §§ 20.00 and 130.65(1) Class D Felony, committed as

follows:

The defendant, in the County of St. Lawrence and State of New York, on or about

Valentine's Day weekend 2016, acting in concert with a person known to the grand jury with the

date of birth of 08/23/99, did engage in sexual contact with another person by forcible compulsion,

to wit: at the aforesaid date and place, the defendant with criminal liability for the acts of another

did cause a female known to the Grand Jury with the date of birth of 08/23/99 to subject a male

victim, whose date of birth is 11/20/03, to sexual contact by putting her hand on his penis, by

forcible compulsion.

26

## FIFTY-FIRST COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **ENDANGERING THE WELFARE OF A CHILD**, in violation of Penal Law §260.10(1) Class A Misdemeanor, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about Valentine's Day weekend 2016, did knowingly act in a manner likely to be injurious to the physical mental or moral welfare of a child less than seventeen years old to wit: at the aforesaid date and place the defendant did provide an alcohol beverage to a male known to the Grand Jury with the date of birth of 11/20/03.

## FIFTY-SECOND COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime **SEXUAL ABUSE THE FIRST DEGREE** in violation of Penal Law §130.65(1) Class D Felony, committed as follows:

The defendant, County of St. Lawrence and State of New York, on or about June or July 2013, did engage in sexual contact with another person by forcible compulsion, to wit: at the aforesaid date and place, the defendant did subject a female victim, whose date of birth is 10/04/98, to sexual contact by putting his finger in her vagina, by forcible compulsion.

## FIFTY-THIRD COUNT

THE GRAND JURY OF THE COUNTY OF ST. LAWRENCE, by this Indictment, accuses the above defendant **STACEY J. LAPORTE, JR.** of the crime of **RAPE IN THE**

**FIRST DEGREE**, in violation of Penal Law §130.35(1), a Class B Felony, committed as follows:

The defendant, in the County of St. Lawrence and State of New York, on or about the Winter 2014, did engage in sexual intercourse with another person by forcible compulsion, to wit:  at the aforesaid date and place, the defendant did engage in sexual intercourse with a person whose identity is known to the Grand Jury with date of birth is 06/01/99, by forcible compulsion.

Dated:  February 28, 2017

_____
FOREPERSON

_____
MARY E. RAIN
District Attorney, St. Lawrence County

OFFICE OF THE DISTRICT ATTORNEY — ST. LAWRENCE COUNTY